IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND ANTHONY SMITH, as Administrator of the Estate of George Eric Smith, deceased<br><br>and<br><br>Katherine Soulas, Executrix of the Estate of Timothy Soulas, deceased<br><br>                   Plaintiffs,<br><br>v.<br><br>THE TALIBAN, et al.<br><br>                   Debtors,<br><br>and<br><br>THE FEDERAL RESERVE BANK OF NEW YORK<br><br>                   Garnishee. | CASE NO.  01-cv-10132-HB |

**NOTICE OF MOTION FOR AN ORDER DIRECTING ALTERNATIVE SERVICE UPON THE TALIBAN AND DA AFGHANISTAN BANK**

     PLEASE TAKE NOTICE that the undersigned attorneys for plaintiffs, Raymond Anthony Smith, Administrator of the Estate of George Smith, and Katherine Soulas, Executrix of the Estate of Timothy Soulas (the "Smith-Soulas Creditors") respectfully move this Court for the entry of an Order directing alternative service of the Smith-Soulas Creditors' Motion for Partial Turnover of Assets from Garnishee Federal Reserve Bank of New York upon the Taliban and upon Da Afghanistan Bank, and for such other and further relief as the Court deems appropriate.

     This Motion is brought pursuant to the Federal Rules of Civil Procedure, including Rules 69(a) and 4(f)(3), this Honorable Court's prior Order in this case regarding Service, <u>Smith v. Islamic Emirate of Afghanistan</u>, No. 01 Civ. 10144 (HB),

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

1

**SMITH V. ISLAMIC EMIRATE OF AFGHANISTAN, ET AL.**
NOTICE OF MOTION FOR AN ORDER DIRECTING ALTERNATIVE SERVICE UPON THE TALIBAN AND DA AFGHANISTAN BANK

2001 U.S. Dist. LEXIS 21712 at *7 (S.D.N.Y. Dec. 20, 2001), and the Honorable Magistrate Sarah Netburn's 5 April 2022 Opinion and Order in <u>Havlish v. Bin Laden</u> (<u>In re Terrorist Attacks on September 11, 2001</u>), No. 03-MD-01570 (GBD)(SN), 2022 U.S. Dist. LEXIS 63505 (S.D.N.Y. Apr. 5, 2022).

In support of this Motion, the Smith-Soulas Creditors submit their Memorandum of Law in Support of the Smith-Soulas Creditors' Motion for an Order Directing Alternative Service Upon the Taliban and Da Afghanistan Bank, and a Proposed Order Granting the Smith-Soulas Creditors' Motion for Alternative Service Upon the Taliban and Da Afghanistan Bank.

Respectfully submitted,

THE BEASLEY FIRM, LLC

By: _____
JAMES E. BEASLEY, JR., ESQUIRE
The Beasley Building
1125 Walnut Street
Philadelphia, PA 19107
215.592.1000
215.592.1523 (telefax)
Attorney (*Pro Hac Vice*) for Plaintiffs

THE BEASLEY FIRM, LLC
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

2

SMITH V. ISLAMIC EMIRATE OF AFGHANISTAN, ET AL.
NOTICE OF MOTION FOR AN ORDER DIRECTING ALTERNATIVE SERVICE UPON THE TALIBAN AND DA AFGHANISTAN BANK