IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND ANTHONY SMITH, as Administrator of the Estate of George Eric Smith, deceased<br><br>and<br><br>Katherine Soulas, Executrix of the Estate of Timothy Soulas, deceased<br><br>Plaintiffs,<br><br>v.<br><br>THE TALIBAN, et al.<br><br>Debtors,<br><br>and<br><br>THE FEDERAL RESERVE BANK OF NEW YORK<br><br>Garnishee. | CASE NO. 01-cv-10132-~~HB~~ LAK |

### ~~(Proposed)~~ ORDER GRANTING THE SMITH-SOULAS CREDITORS' MOTION FOR ALTERNATIVE SERVICE UPON THE TALIBAN AND DA AFGHANISTAN BANK

Upon consideration of the Smith-Soulas Creditors' Motion for an Order directing alternative service upon The Taliban and Da Afghanistan Bank ("DAB"), it is hereby ORDERED that the Smith-Soulas Creditors' Motion is GRANTED. Service of the Smith-Soulas' Turnover Motion ("Turnover Motion") upon The Taliban and the DAB is AUTHORIZED through the following means:

**ALTERNATIVE SERVICE AS TO THE TALIBAN IS AUTHORIZED AS FOLLOWS:**

- By publication at least once in each of four (4) consecutive weeks, in the manner specified in N.Y. CPLR Rule 316, in *Al Quds Al-Arabi* and *The New York Times*; AND

- Via Twitter, through communication to the Twitter accounts of Taliban First Deputy Prime Minister Abudllah Azzam (@Abdullah_azzam7) and Taliban

political spokesman Mohammad Naeem (@IeaOffice), or to any other Twitter accounts reported to belong to Taliban spokespersons.

**IT IS FURTHER ORDERED** that Alternative Service of the Turnover Motion Papers upon Da Afghanistan Bank (DAB) is AUTHORIZED through the following methods:

- By publication at least once in each of four (4) consecutive weeks, in the manner specified in N.Y. CPLR Rule 316, in *Al Quds Al-Arabi* and *The New York Times*; AND

- Via e-mail to DAB's official e-mail account, info@dab.gov.af, which is posted as DAB's official e-mail account on the official website of DAB, located at http://dab.gov.af/; AND

- Via Twitter, through communication to the official Twitter account of DAB, @AFGCentralbank, which is linked to on the official website of DAB;

- If feasible, via personal delivery to the central offices of DAB located at Ibni-Sina Watt, Kabul, Afghanistan or via any other means authorized under the laws of Afghanistan.

These Notices shall be accompanied by a translation of the relevant documents into a language spoken by a substantial percentage of Afghanistan's population.

SO ORDERED: [struck through]

IT IS FURTHER ORDERED that any further filings in this case bear the correct and complete caption.

SO ORDERED
LEWIS A. KAPLAN, USDJ
4/14/22

2

SMITH V. ISLAMIC EMIRATE OF AFGHANISTAN, ET AL.