**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/10/2022___

**In re:**

**03-MD-01570 (GBD)(SN)**

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

**ORDER**

-------------------------------------------------------------------X


**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Smith v. The Islamic Emirate of Afghanistan, et al., No. 01-cv-10132

    Smith v. The Islamic Emirate of Afghanistan, et al., No. 01-cv-10132, is now part of In re

Terrorist Attacks on September 11, 2001, No. 03-md-1570. Accordingly, all papers in Smith

should also be filed on the docket for In re Terrorist Attacks from now on.

**SO ORDERED.**

Dated: June 10, 2022
      New York, New York

_____
SARAH NETBURN
United States Magistrate Judge